1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   SCOTT WIILLIAM PHARISS,                )   Case No.: 1:167-cv-00001- JLT
                                            )
12                   Plaintiff,             )   ORDER GRANTING EXTENSION OF TIME
                                            )
13           v.                             )   (Doc. 13)
                                            )
14   NANCY A. BERRYHILL[1],                 )
     Acting Commissioner of Social Security,)
15                                          )
                     Defendant.             )
16   _____)

17           On August 29, 2017, the parties stipulated for an extension of time for Plaintiff to file an

18   opening brief, requesting a modified deadline of September 6, 2017.  (Doc. 13)  Notably, the

19   Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and

20   this is the first extension requested by either party.  Accordingly, the Court **ORDERS**:

21           1.      The request for an extension of time is **GRANTED**; and

22           2.      Plaintiff **SHALL** file an opening brief no later than **September 6, 2017**.

23

24   IT IS SO ORDERED.

25       Dated:   __**August 30, 2017**__          ____**/s/ Jennifer L. Thurston**____
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28   _____
          [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.