Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Scott William Phariss

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SCOTT WILLIAM PHARISS, | Case No.: 1:17-cv-00001-JLT |
| Plaintiff, | STIPULATION FOR DISMISSAL (Doc. 15) |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE JENNIFER L. THURSTON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Scott William Phariss ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: September 6, 2017     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Scott William Phariss

DATE: September 6, 2017     PHILIP A. TALBERT
United States Attorney

/s/ *Beatrice Na**

BEATRICE NA
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(*Per e-mail authorization from Carolyn B. Chen, Assistant Regional Counsel)

**ORDER**

IT IS SO ORDERED.

Dated: **September 7, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE